IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ROBERT J GRISSETT  
7075 EAST PIKE  
ZANESVILLE, OH 43701

Case No: 08-60250

Chapter 13

SSN #(1): XXX-XX-0557

Judge: C KATHRYN PRESTON

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on October 22, 2008.
The plan was confirmed on February 09, 2009.
The Case was concluded on August 24, 2009.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
NOTICE OF CONVERSION TO CHAPTER 7 AFTER CONFIRMATION.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 8,490.79

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 2.00%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| CitiCards 00007 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| DFS SERVICES LLC 00008 UNSECURED | 104.78 | 0.00 | 0.00 | 104.78 |
| DFS SERVICES LLC 00014 UNSECURED | 118.54 | 0.00 | 0.00 | 118.54 |
| eCAST SETTLEMENT CORPORATION 00017 UNSECURED | 2.76 | 0.00 | 0.00 | 2.76 |
| eCAST SETTLEMENT CORPORATION 00006 UNSECURED | 101.47 | 0.00 | 0.00 | 101.47 |
| Home Depot 00009 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| LVNV Funding LLC its successors and assigns 00005 UNSECURED | 38.08 | 0.00 | 0.00 | 38.08 |
| NATIONAL CITY 00001 UNSECURED | Paid outside | 0.00 | 0.00 | 0.00 |
| NCO Financial 00010 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Phillip D. Murphy 00004 PRIORITY | 1,500.00 | 0.00 | 0.00 | 1,500.00 |
| RESURGENT CAPITAL SERVICES 00012 UNSECURED | 71.45 | 0.00 | 0.00 | 71.45 |
| ROBERT J GRISSETT 00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| Roundup Funding, LLC 00016 UNSECURED | 20.90 | 0.00 | 0.00 | 20.90 |

## CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY
CASE NO. 08-60250    ROBERT J GRISSETT

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| Roundup Funding, LLC 00015    UNSECURED | 17.48 | 0.00 | 0.00 | 17.48 |
| Roundup Funding, LLC 00013    UNSECURED | 38.15 | 0.00 | 0.00 | 38.15 |
| SEARS NATL BANKRUPTCY 13 CTR 00011    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| US Bank Home Mortgage 00002    MORTGAGE | Continuing | 7,008.71 | 0.00 | 0.00 |
| US Bank Home Mortgage 00003    PRE-PET MTG ARREARS | 10,480.39 | 0.00 | 0.00 | 10,480.39 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 10,480.39 | 1,500.00 | 25,679.87 | 0.00 | 0.00 | 37,660.26 |
| PRIN PAID | 0.00 | 0.00 | 0.00 | 7,008.71 | 0.00 | 7,008.71 |
| INT PAID | 0.00 | 0.00 | 0.00 | 0.00 |  | 0.00 |
|  |  |  |  | TOTAL PAID: |  | 7,008.71 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| AMY E GULLIFER ESQ | 3,000.00 | 1,193.22 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 288.86 | 0.00 | 0.00 | 288.86 |

Dated:  09/11/2009

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ROBERT J GRISSETT  
7075 EAST PIKE  
ZANESVILLE, OH 43701

Case No: 08-60250

Chapter 13

SSN #(1): XXX-XX-0557

Judge: C KATHRYN PRESTON

## CERTIFICATION AND OPPORTUNITY TO OBJECT

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty (20) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH 43085-6300  
(614)436-6700

# CERTIFICATE OF NOTICE

```
District/off: 0648-2           User: rosanop              Page 1 of 1              Date Rcvd: Sep 14, 2009
Case: 08-60250                 Form ID: pdf13             Total Noticed: 26
```

The following entities were noticed by first class mail on Sep 16, 2009.
```
db         +Robert J. Grissett,   7075 East Pike,   Zanesville, OH 43701-8437
11690446    American Express,   P.O. Box,   981535,   El Paso, TX 79998-1531
11983688    American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11690447   +Beneficial,   568 Hebron Road,   Heath, OH 43056-1401
11690448   +CitiCards,   P.O. Box 6062,   Sioux Falls, SD 57117-6062
11996846    HSBC CONSUMER LENDING USA INC,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
11690450    Home Depot,   Processing Dept.,   Des Moines, IA 50364-0500
11690452    Kayla Grissett,   4064 Millenium Drive,   Zanesville, OH 43701
11690451    Kayla Grissett,   4064 Millennium Drive,   Zanesville, OH 43701
12312885    LVNV Funding LLC as assignee of American Express,   c/o Resurgent Capital Services,
             P.O. Box 10587,   Greenville, SC  29603-0587
11847443   +NATIONAL CITY,   PO BOX 94982,   CLEVELAND, OH 44101-4982
11690454   +NCO Financial,   507 Prudential Road,   Horsham, PA 19044-2368
11690453   +National City Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
11690455   +Phillip D. Murphy,   Muskingum County Treasurer,   401 Main St.,   Zanesville, OH 43701-3565
11690456    Sears,   P.O. Box 183081,   Columbus, OH 43218-3081
11690458   +US Bank Home Mortgage,   4801 Frederica Street,   Owensboro, KY 42301-7441
11690457   +United Collection Bureau,   5620 S. Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501
11690459    Zwicker & Associates, P.C.,   800 Minuteman Road,   Andover, MA 01810
12102336   +eCAST Settlement Corp,   Assignee of HSBC Bank Nevada,   Bass & Associate, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
```

The following entities were noticed by electronic transmission on Sep 14, 2009.
```
cr          E-mail/Text: resurgentbknotifications@resurgent.com                    LVNV Funding LLC,
             c/o Resurgent Capital Services,   P.O. Box 10587,   GREENVILLE, SC  29603-0587
cr         +E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2009 19:42:21
             Recovery Management Systems Corporation,   25 SE 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
11690449    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2009 19:38:47     Discover,   P.O. Box 30943,
             Salt Lake City, UT 84130
11754035    E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2009 19:38:47
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11883649    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11727854    E-mail/PDF: rmscedi@recoverycorp.com Sep 14 2009 19:42:21
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11986283    E-mail/PDF: BNCEmails@blinellc.com Sep 14 2009 19:38:35     Roundup Funding, LLC,   MS 550,
             PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2009                     Signature:    _Joseph Speetjens_